IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID ALLEN NESBITT,

    Plaintiff,

vs.                                  CASE NO. 5:05cv254/RS

HOLMES COUNTY COMMISSIONERS,
et al,

    Defendants.
_____/

## ORDER

Before the court are the Magistrate Judge's Order and Amended Report and Recommendation (Doc. 63) and Plaintiff's Objection to Court's Order and Court's Amended Report and Recommendation (Doc. 64). I have reviewed *de novo* the objections raised by Plaintiff.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Amended Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's Motion to Voluntarily Withdraw Petition for Injunction (Doc. 59) is **granted**.

3. Defendant Holmes County's Motion To Disallow Plaintiff's (Motion) Petition For Injunction (Doc. 46) is **denied as moot**.

4. The original Report and Recommendation (Doc. 54) is vacated, and this Amended Report and Recommendation replaces the former in full.

5.  Plaintiff's Amended Petition for Injunction (Doc. 57) is **denied**.

6.  The clerk is directed to close the file.


ORDERED on January 26, 2007.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**