IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAVID ALLEN NESBITT,**
     **Plaintiff,**

vs.                                                        Case No: 5:05cv254/RS/MD

**HOLMES COUNTY COMMISSIONERS, et al.,**
     **Defendants.**

___

## ORDER

Plaintiff has filed a notice of voluntary dismissal (doc. 92), which is construed as a motion for voluntary dismissal.[1]  Before the court rules on the matter, defendants shall have an opportunity to respond.

Accordingly, it is ORDERED:

If defendants choose to file a response to the motion for voluntary dismissal, they shall do so within **ten (10) days** from the date of this order.

DONE AND ORDERED this 17th day of July, 2007.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Prior to filing special reports, defendants served answers to plaintiff's amended complaint.  (*See* docs. 15, 16, 35, 41).  Therefore, in the absence of a stipulation of dismissal signed by all parties, this action may not be dismissed except upon order of the court.  Fed.R.Civ.P. 41(a).