IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID ALLEN NESBITT,

    Plaintiff,

vs.                                  CASE NO. 5:05cv254/RS

HOLMES COUNTY COMMISSIONERS,
et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 96). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Voluntary Dismissal (Doc. 92) is **granted**.

3. This case is dismissed without prejudice on the condition that if Plaintiff commences an action based upon or including the same claim against any of the named Defendants in this case, Plaintiff shall pay to that Defendant all of its taxable costs incurred in this action.

4.      The clerk is directed to close the file.

ORDERED on October 2, 2007.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**